United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 14-12354-bif
Catherine M. Dellavecchio                                                 Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: Lisa              Page 1 of 2           Date Rcvd: Apr 03, 2014
                             Form ID: 186NEW         Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 05, 2014.
db          +Catherine M. Dellavecchio,    321 Danbury Lane,    Glen Mills, PA 19342-2040
13273031    +Capitol Cred,    PO Box 496,    Dover, DE 19903-0496
13273032    +Dominick Longhi,    300 E. Madison Avenue,    Clifton Heights, PA 19018-2622
13273033   #+Howard Klein & Associates,    1315 Walnut Street,    Suite 1200,   Philadelphia, PA 19107-4712
13273034    +M ichael Louis & Associates,    c/o Kenneth Shapiro,    33 Rock Hill Road,   Suite 150,
              Bala Cynwyd, PA 19004-2051
13273035    +Michael Dellavecchio,    321 Danbury Lane,    Glen Mills, PA 19342-2040
13273037    +Ocwen Mortgage,    1661 Worthington Road,    Suite 100,   West Palm Beach, FL 33409-6493
13273038    +Pinnacle Credit Services,    c/o Northland Group,    P.O. Box 390846,   Minneapolis, MN 55439-0846
13273040    +Provident Bank,    100 Wood Avenue South,    Iselin, NJ 08830-2727
13273041    +Razor Capital LLC,    c/o Gordon & Weinberg, PC,    1001 East Hector Street,   Suite 220,
              Conshohocken, PA 19428-2395

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty          E-mail/Text: langlawoffice@gmail.com Apr 04 2014 01:19:18     DAVID H. LANG,
              Law Offices of David H. Lang,   230 North Monroe Street,    Media, PA  19063
tr           EDI: BTPDERSHAW.COM Apr 04 2014 01:13:00      TERRY P. DERSHAW,   Dershaw Law Offices,
              P.O. Box 556,   Warminster, PA  18974-0632
smg          E-mail/Text: bankruptcy@phila.gov Apr 04 2014 01:20:12     City of Philadelphia,
              City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 04 2014 01:19:32
              Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 04 2014 01:20:09     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,   Room 1250,    615 Chestnut Street,   Philadelphia, PA 19106-4404
ust          E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Apr 04 2014 01:19:59     United States Trustee,
              Office of the U.S. Trustee,   833 Chestnut Street,    Suite 500,   Philadelphia, PA 19107-4405
13273029    +EDI: GMACFS.COM Apr 04 2014 01:13:00      Ally,   P.O. Box 380901,   Bloomington, MN 55438-0901
13273030    +EDI: CAPITALONE.COM Apr 04 2014 01:13:00     Capital One,   Attention: Bankruptcy Department,
              P.O. Box 30285,   Salt Lake City, UT 84130-0285
13273036    +EDI: MID8.COM Apr 04 2014 01:13:00     Midland Funding,   8875 Aero Dr,
              San Diego, CA 92123-2255
13273039    +EDI: CCS.COM Apr 04 2014 01:13:00     Progressive Northern Insurance,
              c/o Credit Collection Services,   Two Wells Avenue,    Newton, MA 02459-3208
13273043    +EDI: WFFC.COM Apr 04 2014 01:13:00     Wf Fin Bank,   Attention: Bankruptcy,   PO Box 10438,
              Des Moines, IA 50306-0438
                                                                                             TOTAL: 11

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13273044*    +Ally,   P.O. Box 380901,   Bloomington, MN 55438-0901
13273045*    +Capital One,   Attention: Bankruptcy Department,    P.O. Box 30285,
              Salt Lake City, UT 84130-0285
13273046*    +Capitol Cred,    PO Box 496,   Dover, DE 19903-0496
13273047*    +Dominick Longhi,    300 E. Madison Avenue,   Clifton Heights, PA 19018-2622
13273048*    +Howard Klein & Associates,    1315 Walnut Street,   Suite 1200,   Philadelphia, PA 19107-4712
13273049*    +M ichael Louis & Associates,    c/o Kenneth Shapiro,   33 Rock Hill Road,   Suite 150,
              Bala Cynwyd, PA 19004-2051
13273050*    +Michael Dellavecchio,    321 Danbury Lane,   Glen Mills, PA 19342-2040
13273051*    +Midland Funding,    8875 Aero Dr,   San Diego, CA 92123-2255
13273052*    +Ocwen Mortgage,    1661 Worthington Road,   Suite 100,   West Palm Beach, FL 33409-6493
13273053*    +Pinnacle Credit Services,    c/o Northland Group,   P.O. Box 390846,   Minneapolis, MN 55439-0846
13273054*    +Progressive Northern Insurance,    c/o Credit Collection Services,   Two Wells Avenue,
              Newton, MA 02459-3208
13273055*    +Provident Bank,    100 Wood Avenue South,   Iselin, NJ 08830-2727
13273056*    +Razor Capital LLC,    c/o Gordon & Weinberg, PC,   1001 East Hector Street,   Suite 220,
              Conshohocken, PA 19428-2395
13273057*    +Shapiro Law Office,    712 Darby Road,   Havertown, PA 19083-4606
13273058*    +Wf Fin Bank,   Attention: Bankruptcy,    PO Box 10438,   Des Moines, IA 50306-0438
13273042    ##+Shapiro Law Office,    712 Darby Road,   Havertown, PA 19083-4606
                                                                                TOTALS: 0, * 15, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0313-2          User: Lisa                  Page 2 of 2                  Date Rcvd: Apr 03, 2014
                              Form ID: 186NEW             Total Noticed: 21
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2014                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 3, 2014 at the address(es) listed below:
              DAVID H. LANG    on behalf of Debtor Catherine M. Dellavecchio langlawoffice@gmail.com
              TERRY P. DERSHAW    td@ix.netcom.com,  PA66@ecfcbis.com;7trustee@gmail.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                          TOTAL: 3
```

B9A (Official Form 9A) (Chapter 7 Individual or Joint Debtor No Asset Case) (12/12)     Case Number **14−12354−bif**

## *UNITED STATES BANKRUPTCY COURT*
Eastern District of Pennsylvania

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines
***Debtor's Photo ID & Social Security Card Must Be Presented at 341 Hearing***

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 3/28/14 .

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your Rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

*Creditors −− Do not file this notice in connection with any proof of claim you submit to the court.*

See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Catherine M. Dellavecchio
321 Danbury Lane
Glen Mills, PA 19342

| Case Number: <br> 14−12354−bif | Social Security/Taxpayer ID/Employer ID/Other Nos.: <br> xxx−xx−4104 |
|---|---|
| Attorney for Debtor(s) (name and address): <br> DAVID H. LANG <br> Law Offices of David H. Lang <br> 230 North Monroe Street <br> Media, PA 19063 <br> Telephone number: 610 246 4411 | Bankruptcy Trustee (name and address): <br> TERRY P. DERSHAW <br> Dershaw Law Offices <br> P.O. Box 556 <br> Warminster, PA 18974−0632 <br> Telephone number: (484) 897−0341 |

## Meeting of Creditors
Date: **May 7, 2014**            Time: **11:00 AM**
Location: **Office of the U.S. Trustee, Meeting Room, Suite 501, 833 Chestnut Street, Philadelphia, PA 19107**

## Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*
The presumption of abuse does not arise.

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: 7/6/14**

## Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### *Financial Management Training*
Subject to limited exceptions, pursuant to Rule 1007(b)(7) of the Interim Rules of Bankruptcy Procedure, in order to receive a discharge under Chapter 7, the debtor must file a Certification of Instructional Course Concerning Personal Financial Management (Official Form 23) as described in 11 U.S.C. §111 within 60 days after the first date set for the meeting of creditors under §341. Failure to file the certification will result in the case being closed without entry of a discharge.

## Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:** <br> 900 Market Street <br> Suite 400 <br> Philadelphia, PA 19107 <br> Telephone number: (215)408−2800 | **For the Court:** <br> Clerk of the Bankruptcy Court: <br> Timothy B McGrath |
|---|---|
| Hours Open: Monday − Friday 8:30 AM − 5:00 PM | Date: 4/3/14 |

Case 14-12354-bif    Doc 9    Filed 04/05/14    Entered 04/06/14 01:15:17    Desc Imaged
Certificate of Notice    Page 4 of 5

**EXPLANATIONS**            B9A (Official Form 9A) (12/12)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.<br><br>***Do not include this notice with any filing you make with the court.*** |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must file a complaint or a motion if you assert the discharge should be denied under § 727(a)(8) or (a)(9) in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

Refer to Other Side for Important Deadlines and Notices