```
                      United States Bankruptcy Court
                      Eastern District of Pennsylvania
```

In re:                                                          Case No. 14-12354-bif
Catherine M. Dellavecchio                                       Chapter 7
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: ChrissyW    Page 1 of 1    Date Rcvd: Aug 11, 2014
                     Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2014.
db        +Catherine M. Dellavecchio,   321 Danbury Lane,   Glen Mills, PA 19342-2040

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2014                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2014 at the address(es) listed below:
        DAVID H. LANG   on behalf of Debtor Catherine M. Dellavecchio langlawoffice@gmail.com
        TERRY P. DERSHAW   td@ix.netcom.com, PA66@ecfcbis.com;7trustee@gmail.com
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                        TOTAL: 3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          CHAPTER 7

**CATHERINE M. DELLAVECCHIO**

    DEBTOR                               BANKRUPTCY NO. 14-12354-BIF

## ORDER

AND NOW, this _____ day of _____, 2014, it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

[ ]   If checked here, case to remain open until all parties are served Notice according to Rule 4004(g).

BY THE COURT:

_____
BRUCE I. FOX
UNITED STATES BANKRUPTCY JUDGE